UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC. <br> d/b/a CMS TECHNOLOGIES, INC., <br> a Michigan corporation, <br><br> Plaintiff, <br><br> v. <br><br> DANPEX CORP., <br> a California corporation, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No.   2:09cv044-TJW <br><br><br><br><br><br> **JURY DEMAND** |

**UNOPPOSED MOTION FOR ENTRY OF SETTLEMENT AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

CHRIMAR SYSTEMS, INC. d/b/a CMS TECHNOLOGIES, INC., Plaintiff, and DANPEX CORP., Defendant, represent to the Court that all matters in controversy have been fully compromised and settled.  The parties hereto request the Court to enter an Order Dismissing this action pursuant to "Consent Judgment Order" attached hereto as Exhibit "A".

Dated: April 24, 2009    Respectfully submitted,

   /s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas  75670
(903) 934-8450
(903) 934-9257
Email:  melissa@gillamsmithlaw.com

Of Counsel:

Richard W. Hoffman
Andrew M. Grove
Reising Ethington PC
755 W. Big Beaver Road
Suite 1850
P.O. Box 4390
Troy, Michigan 48099-4390
(248) 689-3500
(248) 689-4071
Email: hoffman@reising.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 24, 2009 the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      */s/ Melissa R. Smith*
      Melissa R. Smith