UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC. d/b/a CMS TECHNOLOGIES, INC., a Michigan corporation, Plaintiff, v. DANPEX CORP., a California corporation, Defendant. | § § § § § § § § § § § § § | Civil Action No.   2:09cv044-TJW<br><br>**JURY DEMAND** |

## ORDER GRANTING UNOPPOSED
## MOTION FOR ENTRY OF SETTLEMENT AGREEMENT

On this day, Plaintiff ChriMar Systems, Inc., and Defendant Danpex Corp., announced to the Court that they have settled their respective claims for relief asserted in this case.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted or which could have been asserted against Danpex Corp. by ChriMar Systems herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 20th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE